No. 23-4167

# In the United States Court of Appeals for the Ninth Circuit

———————

G.P.P. INC., DOING BUSINESS AS GUARDIAN INNOVATIVE SOLUTIONS,
PLAINTIFF-APPELLEE,

*v.*

GUARDIAN PROTECTION PRODUCTS, INC. AND
RPM WOOD FINISHES GROUP, INC.,
DEFENDANTS-APPELLANTS.

———————

*APPEAL FROM EASTERN DISTRICT OF CALIFORNIA*
*NO. 1:15-CV-00321-SKO*
*SHEILA K. OBERTO, PRESIDING*

———————

## PLAINTIFF-APPELLEE'S APPLICATION FOR ATTORNEYS' FEES

———————

DYLAN GRACE SAVAGE
Wilson Sonsini
Goodrich & Rosati, P.C.
1301 Avenue of the Americas, Floor 40
New York, New York 10019
(212) 999-5800

DYLAN JAMES LIDDIARD
Wilson Sonsini
Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300

*Counsel for Plaintiff-Appellee G.P.P. Inc.*

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Appellate Procedure 26.1, Plaintiff-Appellee

G.P.P. Inc. d/b/a Guardian Innovative Solution certifies that it has no parent

corporation or publicly held corporation that owns 10% or more of its stock.

Date: February 18, 2025      WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Dylan Grace Savage*
Dylan Grace Savage
1301 Avenue of the Americas, Floor 40
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: dsavage@wsgr.com

Dylan James Liddiard
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: dliddiard@wsgr.com

*Counsel for Plaintiff-Appellee G.P.P. Inc.*

i

**TABLE OF CONTENTS**

**Page**

INTRODUCTION AND STATEMENT OF TIMELINESS .............................. 1

ARGUMENT ....................................................................... 2

I.     GIS Is Legally Entitled to Recover its Attorney Fees From Guardian ......... 2

II.    GIS' Rates Are Legally Justified ........................................... 4

III.   GIS' Counsel Expended a Reasonable Number of Hours in Connection with The Appeal ................................................ 6

IV.   GIS is Entitled to Recoup Fees on The Present Motion ........................... 9

CONCLUSION ........................................................... 10

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Beard v. Cnty. of Stanislaus,*
  2023 U.S. Dist. LEXIS 8129 (E.D. Cal. Jan. 17, 2023) ............................4, 5

*Brown Bark III, L.P. v. Haver,*
  219 Cal. App. 4th 809 (2013) ...........................................................................7

*Bruckman v. Parliament Escrow Corp.,*
  190 Cal. App. 3d 1051 (1987) ..........................................................................9

*Burkhalter Kessler Clement & George LLP v. Hamilton,*
  19 Cal. App. 5th 38 (2018) ...............................................................................7

*Butler-Rupp v. Lourdeaux,*
  154 Cal. App. 4th 918 (2007) ...........................................................................3

*Camacho v. Bridgeport Fin., Inc.,*
  523 F.3d 973 (9th Cir. 2008) ............................................................................4

*Chamberlin v. Charat,*
  2017 U.S. Dist. LEXIS 141166 (S.D. Cal. Aug. 31, 2017) ...........................7

*Close v. Sotheby's, Inc.,*
  909 F.3d 1204 (9th Cir. 2018) ..........................................................................2

*Cmty. Ass'n for Restoration of the Env't, Inc. v. Cow Palace, LLC,*
  2016 U.S. Dist. LEXIS 92110 (E.D. Wash. Jan. 12, 2016) ...........................7

*Cont'l Cas. Ins. Co. v. Zurich Am. Ins. Co.,*
  2009 U.S. Dist. LEXIS 55694 (D. Or. June 29, 2009) ...................................7

*Douglas E. Barnhart, Inc. v. CMC Fabricators, Inc.,*
  211 Cal. App. 4th 230 (2012) ...........................................................................3

*Hayes v. Astrue,*
  2008 U.S. Dist. LEXIS 30789 (N.D. Cal. Mar. 5, 2008) ...............................6

*Hopkins v. Wells Fargo Bank, N.A.,*
  2014 U.S. Dist. LEXIS 89612 (E.D. Cal. July 1, 2014) .................................4

*Lith v. iHeartmedia*
  *+ Ent., Inc.,* 2017 U.S. Dist. LEXIS 162838 (E.D. Cal. Sep. 29,
  2017) ..................................................................................................................5

*Marsu, B.V. v. Walt Disney Co.,*
  185 F.3d 932 (9th Cir. 1999) ............................................................................8

*Munoz v. Giumarra Vineyards Corp.*,
    2017 U.S. Dist. LEXIS 95910 (E.D. Cal. June 20, 2017) ...............................5

*Pasadena Tournament of Roses Ass'n v. City of Pasadena*,
    2022 U.S. Dist. LEXIS 109557 (C.D. Cal. Mar. 17, 2022) ...........................9

*Ryan v. Editions Ltd. W., Inc.*,
    786 F.3d 754 (9th Cir. 2015) .........................................................................7

*Strong Trading, Inc. v. Unique Designs, Inc.*,
    2024 U.S. App. LEXIS 8247 (9th Cir. Apr. 5, 2024)....................................3

*Vo v. Las Virgenes Mun. Water Dist.*,
    79 Cal. App. 4th 440 (2000) ..........................................................................6

**Statutes**

Cal. Civ. Code § 1717 ...................................................................................2

**Rules**

Fed. R. App. P. 40 ..........................................................................................2

Rule 39-1.6....................................................................................................2

## INTRODUCTION AND STATEMENT OF TIMELINESS

In September 2023, following over seven years of litigation and this Court's affirmance of the net $6 million jury award to Plaintiff-Appellee G.P.P. Inc. d/b/a Guardian Innovative Solutions ("GIS"), GIS filed a motion for attorneys' fees against Defendant-Appellant Guardian Protection Products, Inc. ("Guardian") pursuant to the warehousing distributorship agreements ("WDAs") at issue and Cal. Civ. Code Section 1717. On November 15, 2023, the district court granted GIS' motion and awarded GIS $4.3 million, finding GIS prevailed against Guardian within the meaning of Section 1717.[1] After unsuccessfully seeking reconsideration, Defendant-Appellants appealed to the Ninth Circuit, with Guardian arguing that the district court erred in awarding fees to GIS. On January 21, 2025 this Court affirmed the district court's decision in full with respect to GIS' $4.3 million fee award against Guardian, including the finding that GIS is the

---

[1] While GIS did not seek fees against Defendant-Appellant RPM Wood Finishes Group Inc. ("RPM"), RPM sought fees from GIS. The district court concluded RPM was not the prevailing party as against GIS and denied RPM's motion, which determination RPM appealed. The Ninth Circuit reversed on the "district court's treatment of [] abandoned claims" and remanded "to reevaluate the prevailing party with respect to these claims and to determine what effect, if any, that analysis has on the overall prevailing party determination—and resulting entitlement to fees—as between GIS and RPM." Order at 26. Because it is yet to be seen whether, on remand, there is "any" effect on the district court's denial of RPM's motion and/or award of no fees, GIS does not seek at this time any fees from RPM in connection with the appeal. GIS does not waive its right to do so before the district court following the proceedings on remand.

"party prevailing on the contract[s]." Cal. Civ. Code Section 1717. Pursuant to Circuit Rule 39-1.6 and Cal. Civil Code Section 1717, GIS now moves for attorneys' fees incurred in defending the fee award against Guardian.

This application is timely under Circuit Rule 39-1.6(a), as it is filed "no later than 14 days after the expiration of the period within which a petition for rehearing may be filed." Circuit Rule 39-1.6(b)(3) ("All applications must include a statement that sets forth the application's timeliness."). Judgment was entered on January 21, 2025, and, pursuant to Fed. R. App. P. 40(a)(1), Guardian's time to file any petition for rehearing expired on February 4, 2025. GIS' motion is thus timely, having been filed within 14 days on February 18, 2025. This Court has jurisdiction to award attorneys' fees given GIS' procedural compliance with Ninth Circuit Rule 39-1.6 and Fed. R. App. P. 40.

## ARGUMENT

### I. GIS Is Legally Entitled to Recover its Attorney Fees From Guardian.

Whether a prevailing party in a diversity case (such as this one) is entitled to recover attorneys' fees on appeal is governed by state law. *See Close v. Sotheby's, Inc.*, 909 F.3d 1204, 1208 (9th Cir. 2018). There is no dispute the WDAs contain an attorneys' fees provision stating that for "any action [] initiated upon this contract," "the party prevailing . . . shall be awarded its actual attorney fees . . ." 1-ER-6 (quoting 5-ER-1163-1217; 6-ER-1218-1347). Under California law, which

2

all parties agree governs, such a clause encompasses amounts expended defending an attorneys' fees award on appeal. *See Butler-Rupp v. Lourdeaux*, 154 Cal. App. 4th 918, 919 (2007) ("Where a § 1717 fee award is made at the trial level, the prevailing party may, at the appropriate time, request fees attributable to a subsequent appeal."); *see also Douglas E. Barnhart, Inc. v. CMC Fabricators, Inc.*, 211 Cal. App. 4th 230, 250 (2012) ("When a contract or a statute authorizes the prevailing party to recover attorney fees, that party is entitled to attorney fees incurred at trial and on appeal.").

The district court found GIS was the prevailing party as against Guardian under the WDAs and awarded GIS all of the fees it sought against Guardian ($4.3 million). The Ninth Circuit affirmed in full the prevailing party determination as well as the amount of fees awarded. *See* Dkt. 46.1 at 15-20 ("GIS Prevailed as Against Guardian"). Having won a complete and final appellate victory with respect to Guardian, GIS remains the "prevailing party" under Cal. Civ. Code Section 1717 and is entitled to its attorneys' fees from Guardian for the appeal. *See Butler-Rupp*, 154 Cal. App. 4th at 919; *see also Strong Trading, Inc. v. Unique Designs, Inc.*, 2024 U.S. App. LEXIS 8247 (9th Cir. Apr. 5, 2024) (granting 39-1.6 motion for attorney fees on the appeal where movant was the prevailing party pursuant to 1717(a)).

## II.    GIS' Rates Are Legally Justified

To determine whether a claim for attorneys' fees under Section 1717 is "legally justified" or reasonable, courts will ordinarily start by determining a lodestar, or the "number of hours reasonably expended multiplied by a reasonable hourly rate." *Hopkins v. Wells Fargo Bank, N.A.*, 2014 U.S. Dist. LEXIS 89612, at *8-9 (E.D. Cal. July 1, 2014).  "Generally, when determining a reasonable hourly rate, the relevant community is the forum in which the district court sits." *Camacho v. Bridgeport Fin., Inc*., 523 F.3d 973, 979 (9th Cir. 2008).  "While … determining an appropriate 'market rate' for the services of a lawyer is inherently difficult, … the established standard when determining a reasonable hourly rate is the rate prevailing in the community for similar work performed by attorneys of comparable skill, experience, and reputation." *Id*. at 979-80 (internal marks and citations omitted).

This case was tried before the Fresno Division of the Eastern District of California.  In that division, courts have commented that "across a variety of types of litigation generally, attorneys with experience of twenty or more years of experience are awarded $325.00 to $400.00 per hour, attorneys with ten to twenty years of experience are awarded $250.00 to $350.00 per hour, attorneys with five to ten years of experience are awarded $225.00 to $300.00 per hour, and less than $200.00 per hour for attorneys with less than five years of experience." *Beard v.*

*Cnty. of Stanislaus*, 2023 U.S. Dist. LEXIS 8129, at *40-42 (E.D. Cal. Jan. 17, 2023) (collecting recent cases). "Courts in the Fresno Division of this District also previously found that [t]he current reasonable hourly rate for paralegal work in the Fresno Division ranges from $75 to $150, depending on experience." *Lith v. iHeartmedia + Ent., Inc.*, 2017 U.S. Dist. LEXIS 162838, at *46-47 (E.D. Cal. Sep. 29, 2017) (Oberto, M.J.) (internal marks and citations omitted); *see also, e.g., Munoz v. Giumarra Vineyards Corp.*, 2017 U.S. Dist. LEXIS 95910, at *46-53 (E.D. Cal. June 20, 2017). While GIS' counsel is based in major legal markets such as New York and San Francisco and their prevailing hourly rates are substantially higher than those in Fresno, GIS requested from the district court an award in accordance with the fee scale set forth in *Beard*, *Lith*, and *Munoz*. The district court determined, and the Ninth Circuit agreed, that the proffered rates were reasonable. *See* Dkt. 545 (1-ER-5-24); Dkt. 46.1. GIS accordingly makes the same request of this Court, as set forth in the rate table below, for a total award of $65,317.50.

| Attorney / Paralegal | Position | Experience | Rate/Hour | Hours | Total |
|---|---|---|---|---|---|
| Steffen N. Johnson | Partner | 30 years | $400 | 7.4 | $2,960 |
| Dylan J. Liddiard | Partner | 26 years | $400 | 3.8 | $1,520 |
| Dylan G. Savage | Partner | 12 years | $350 | 157.4 | $55,090 |
| Dianne M. Kim | Associate | 6 years | $250 | 10 | $2,500 |
| Anthony Geritano | Senior Paralegal | 26 years | $150 | 26.8 | $4,020 |
| Candida R. Malferrari | Senior Paralegal | 26 years | $150 | 31.3 | $4,695 |

| | | | | | |
|---|---|---|---|---|---|
| Melisa Desperak | Paralegal | 8 years | $100 | 15.4 | $1,540 |
| Jocelyn Rodriguez | Paralegal | 7 years | $100 | 2.5 | $250 |
| **TOTALS** | | | | **254.6** | **$72,575** |
| **AMOUNT SOUGHT** | | | | **229.1** | **$65,317.50** |

## III. GIS' Counsel Expended a Reasonable Number of Hours in Connection with The Appeal

"Under the lodestar method, a party who qualifies for a fee should recover for all hours reasonably spent unless special circumstances would render an award unjust." *Vo v. Las Virgenes Mun. Water Dist.*, 79 Cal. App. 4th 440, 446 (2000) (citation omitted). "The appropriate number of hours includes all time reasonably expended in pursuit of the ultimate result achieved, in the same manner that an attorney traditionally is compensated by a fee-paying client for all time reasonably expended on a matter." *Hayes v. Astrue*, 2008 U.S. Dist. LEXIS 30789, at *12 (N.D. Cal. Mar. 5, 2008) (internal marks and citation omitted).

GIS requests an award of attorneys' fees for 229.1 hours for the appeal, which amount is eminently reasonable. As reflected in GIS' contemporaneous time records, to litigate the appeal, GIS (i) conducted significant amounts of legal research, (ii) drafted, revised, and prepared for filing a fifty-seven-page appellate brief and accompanying documentation, (iii) prepared for and attended oral argument, and (iv) engaged in the Ninth Circuit's mediation program. Declaration of Dylan G. Savage ("Savage Decl.") at ¶ 4; *see also* Exhibit A to Savage Decl. The time spent was reasonably expended in pursuit of the successful result, a

6

"professional judgment" on which courts should generally defer to the "winning lawyer." *Cmty. Ass'n for Restoration of the Env't, Inc. v. Cow Palace, LLC*, 2016 U.S. Dist. LEXIS 92110, at *35-36 (E.D. Wash. Jan. 12, 2016) (quoting *Ryan v. Editions Ltd. W., Inc.*, 786 F.3d 754, 763 (9th Cir. 2015)). The majority of all legal work was also completed by a single attorney, eliminating any risk of duplicative, excessive, or redundant efforts. *See supra* p. 6; *Chamberlin v. Charat*, 2017 U.S. Dist. LEXIS 141166, at *6 (S.D. Cal. Aug. 31, 2017) (approving reasonableness of hours where matter was appropriately staffed.).

Further, as indicated above, GIS is not seeking fees against RPM for the appeal at this time given the pending remand and has excised from this petition any time expended on matters pertaining solely to RPM.[2] Savage Decl. at ¶ 4. Where appropriate, briefing can be used in aid of apportioning attorneys' fees. *Cf. Cont'l Cas. Ins. Co. v. Zurich Am. Ins. Co.*, 2009 U.S. Dist. LEXIS 55694, at *8-9 (D. Or. June 29, 2009) (referencing relative proportions of briefs in context of apportionment where certain issues "did not overlap with another party's issues"

---

[2] GIS' motion for attorneys' fees against Guardian is unaffected by the pending remand as to RPM. *See, e.g., Brown Bark III, L.P. v. Haver*, 219 Cal. App. 4th 809, 825 (2013) ("[W]hen a plaintiff sues more than one independent party on the same contract, the trial court must separately determine who prevailed."; *see also Burkhalter Kessler Clement & George LLP v. Hamilton*, 19 Cal. App. 5th 38, 45-46 (2018) ("[A] judgment's finality must be separately determined based on the plaintiff's claims against each defendant when there is more than one defendant.").

on summary judgment).  Apportionment is not required, however, for matters that are inextricably intertwined with those on which a fee award is appropriate.  *See, e.g.*, *Marsu, B.V. v. Walt Disney Co.*, 185 F.3d 932, 939 (9th Cir. 1999).

As reflected in the parties' appellate briefs, the majority of issues on appeal either pertained to Guardian, or concerned both Guardian and RPM and need not be apportioned.  Specifically, in addition to matters which clearly related to Guardian only (such as whether GIS prevailed against Guardian and whether the fees GIS was awarded against Guardian were reasonable), the bulk of the remaining issues were inextricably intertwined between Guardian and RPM because they were arguments that Defendants-Appellants together asserted required the district court's order to be vacated in its entirety.  *See, e.g.*, Dkt. 17.1 at 34-37, 39-50; Dkt. 27.1 at 35-48; Dkt. 35.1 at 4-7 (arguments regarding failure to consider defendants separately, consideration of claims "on" the contract, and consideration of abandoned claims asserted by both Defendant-Appellants).  GIS was obligated to brief those matters with respect to both Defendant-Appellants, which the Ninth Circuit rejected as to Guardian in affirming the result against Guardian.  The only issues on appeal which pertained solely to RPM concerned whether the district court properly determined RPM was not the prevailing party as against GIS, and whether any error in doing so was harmless given the other

fundamental problems with RPM's fee petition. Those portions comprise less than five pages of GIS's fifty-seven pages of its primary brief on appeal.

Using the briefing as an aid, approximately ten percent of GIS' time was spent on matters pertaining solely to RPM. GIS is thus seeking to recover 90% of the total cost of attorneys' fees incurred defending the appeal, in the amount of $65,317.50.[3]

## IV.    GIS is Entitled to Recoup Fees on The Present Motion

GIS is also entitled to recover the fees incurred in preparing this application. *See, e.g., Pasadena Tournament of Roses Ass'n v. City of Pasadena*, 2022 U.S. Dist. LEXIS 109557, at *16-17 (C.D. Cal. Mar. 17, 2022) (awarding fees incurring in bringing motion for attorneys' fees under Section 1717); *Bruckman v. Parliament Escrow Corp.*, 190 Cal. App. 3d 1051, 1062 (1987) ("[I]t has been held that when an amount of attorneys' fees is statutorily authorized, the reasonable expenses of preparing the application for fees should be included in the award ."). GIS reserves the right to supplement its motion accordingly in connection with the submission of its reply brief, once the final costs of seeking fees on appeal from Guardian have been determined.

---

[3] Of the thirty-three pages of argument presented in GIS' Second Brief on Cross-Appeal, roughly four pages were dedicated to issues unique to RPM. Dkt No. 27.1 at 33-35, 54-55.

**CONCLUSION**

For the foregoing reasons, GIS respectfully requests the Court grant their requests for attorneys' fees in the total amount of $65,317.50.

Dated: February 18, 2025        Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Dylan Grace Savage*
Dylan Grace Savage
1301 Avenue of the Americas, Floor 40
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: dsavage@wsgr.com

Dylan James Liddiard
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: dliddiard@wsgr.com

*Counsel for Plaintiff-Appellee G.P.P. Inc*

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

### Form 17. Statement of Related Cases Pursuant to Circuit Rule 28-2.6

**9th Cir. Case Number(s)** 23-4167

The undersigned attorney or self-represented party states the following:

[X ]   I am unaware of any related cases currently pending in this court.

[  ]  I am unaware of any related cases currently pending in this court other than the case(s) identified in the initial brief(s) filed by the other party or parties.

[  ]  I am aware of one or more related cases currently pending in this court. The case number and name of each related case and its relationship to this case are:

Dated: February 18, 2025              Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Dylan Grace Savage*
Dylan Grace Savage
1301 Avenue of the Americas, Floor 40
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: dsavage@wsgr.com

Dylan James Liddiard
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: dliddiard@wsgr.com

*Counsel for Plaintiff-Appellee G.P.P. Inc*

11

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 9. Application for Attorneys' Fees under Circuit Rule 39-1.6

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form09instructions.pdf

**9th Cir. Case Number(s)** | 23-4167

**Case Name** | G.P.P. Inc. v Guardian Protection Products, Inc. & RPM Wood - Finishes Group, Inc.

For each amount claimed, please attach itemized information indicating service provided, date, hours, and rate.

| DESCRIPTION OF SERVICES | Hours | Amount Claimed |
|---|---|---|
| Interviews and Conferences | 2 | $ 630 |
| Obtaining and Reviewing Records | 4.1 | $ 1,430 |
| Legal Research | 21.5 | $ 7,000 |
| Preparing Briefs | 97.9 | $ 25,117 |
| Preparing for and Attending Oral Argument | 74.2 | $ 25,640.5 |
| Other (*specify below*) | | |
| Internal communications regarding strategy; Review of appellate deadlines; Coordination of filings; Preparation for mediation conference; Review of appellate calendar | 29.4 | $ 5,500 |
| ***Total Hours/Compensation Requested:*** | 229.1 | $ 65,317.5 |

**Signature** | /s/ Dylan G. Savage        **Date** | Feb 18, 2025

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

## DECLARATION OF DYLAN G. SAVAGE

I, Dylan G. Savage, hereby declare and state as follows:

1.      I am a member of the law firm of Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR"), counsel for Plaintiff G.P.P., Inc. d/b/a Guardian Innovative Solutions ("GIS") in this action.  I respectfully submit this declaration in support of GIS's accompanying Application for Attorneys' Fees.  I have personal knowledge about the facts described below and, if called as a witness, could and would testify to them.

2.      I was admitted to the State Bar of California in 2016.  I have extensive experience in commercial and business litigation and have represented numerous clients in litigation in state and federal court.  I have been counsel of record for GIS for the duration of the appeal and have been intimately involved in all aspects of WSGR's work for GIS.

3.      Attached hereto as Exhibit A is a collection of invoices that document WSGR's legal fees incurred in connection with this appeal, from December 2023 through and including January 2025.  I understand that these invoices reflect time entries made in the regular course of business, near the date of each invoice, and were prepared based on records regarding the work performed by WSGR attorneys and staff.  I have reviewed the invoices in Exhibit A and, to the best of my knowledge, attest that they are accurate.

4.     The invoices attached as Exhibit A contain charges for time reasonably expended on the appeal, including research, appellate brief writing, preparation for oral argument, and related and equivalent work arising directly from this appeal.  Some of the invoices contain entries for which WSGR is voluntarily not seeking fees.  Those entries correspond to work WSGR performed for GIS on matters that are not related to the appeal, as well as two entries relating to issues on appeal that pertained solely to Defendant-Appellant RPM.  These entries have been redacted in black from the invoices attached as Exhibit A and do not factor into the hours and fees totals that GIS seeks in connection with this motion.  For the avoidance of doubt and as set forth in the accompanying memorandum of law, GIS reserves the right to seek fees for issues on appeal that pertained solely to RPM upon conclusion of remand to the district court.

5.     As reflected in Exhibit A, after hours corresponding to the redacted entries described in Paragraph 4, *supra*, are removed, WSGR expended approximately 254.6 hours of work litigating this appeal.  As detailed in the accompanying memorandum of law, however, WSGR seeks on this motion to recover for only a portion of those hours (ninety percent), for a total of 229.1 hours.

6.     WSGR is a nationwide firm with offices in San Francisco, Palo Alto, New York, and other major metropolitan areas.  WSGR's prevailing hourly rates

are significantly higher than those typically charged by attorneys based in the greater Fresno area. Rate variation is attributable to experience levels and differentiated skillsets. The fees incurred by GIS in this case are based on WSGR's typical hourly rates. The fee contracted between WSGR and GIS was fixed and paid by GIS through June 2017, and then transitioned to contingent thereafter. However, under that contingency agreement GIS still incurred hourly fees at WSGR's ordinary rates for all hours spent by WSGR during the appeal, and GIS is responsible for paying those fees at the conclusion of the case.

7.     I have been practicing law in California and New York for approximately 12 years, and I am familiar with the prevailing attorney and paralegal rates at major law firms in the Greater San Francisco Bay Area and other major metropolitan areas in California and throughout the United States. WSGR's rates are consistent with and comparable to the rates charged by its peer firms. WSGR routinely charges and collects its higher rates in similar cases.

8.     However, in light of the prevailing market rates in the legal community in Fresno, GIS is not seeking compensation at the rates that WSGR typically charges and that GIS in fact paid and/or was billed in connection with this appeal. Rather, as set forth below, GIS is seeking compensation for hours incurred based on its understanding of local Fresno rates, which are the same rates GIS sought (and was awarded) before the district court.

-3-

9.     Applying discounted rates to reflect local prevailing rates, WSGR incurred approximately $65,317.50 in fees for legal services arising from this litigation that GIS now seeks to recover by this motion.  Again, that figure does not include fees arising from any hours that GIS has volunteered not to pursue.

10.     The chart below reflects the position and experience for each attorney or paralegal whose work was billed in this litigation and for which GIS seeks to recover fees through this motion.  All rates reflect a reduction to bring the rates in line with the local market:

| Attorney / Paralegal | Position | Experience | Rate/ Hour | Hours | Total |
|---|---|---|---|---|---|
| Steffen N. Johnson | Partner | 30 years | $400 | 7.4 | $2,960 |
| Dylan J. Liddiard | Partner | 26 years | $400 | 3.8 | $1,520 |
| Dylan G. Savage | Partner | 12 years | $350 | 157.4 | $55,090 |
| Dianne M. Kim | Associate | 6 years | $250 | 10 | $2,500 |
| Anthony Geritano | Senior Paralegal | 26 years | $150 | 26.8 | $4,020 |
| Candida R. Malferrari | Senior Paralegal | 26 years | $150 | 31.3 | $4,695 |
| Melisa Desperak | Paralegal | 8 years | $100 | 15.4 | $1,540 |
| Jocelyn Rodriguez | Paralegal | 7 years | $100 | 2.5 | $250 |
| **TOTALS** | | | | **254.6** | **$72,575** |
| **AMOUNT SOUGHT** | | | | **229.1** | **$65,317.50** |

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: February 18, 2025            *s/ Dylan Grace Savage*
                                                        Dylan Grace Savage

# Exhibit A

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: 94-2451946

Guardian Innovative Solutions
Attn: Frank Gibson, Board Member
1330 Wall Ave
Pitcairn, PA 15140

| Invoice # | : | **2728744** |
|---|---|---|
| Invoice Date | : | 12/19/23 |
| Client-Matter | : | 47780-500 |
| Attorney | : | Stuart A. Williams |

Guardian Innovative Solutions
Re: Contract Dispute with Guardian Protection Products

*Send via e-mail to:* **accounting@guardianis.net**



*** Please see last page for outstanding invoice(s) on this matter. ***

### REMITTANCE INFORMATION



**PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.**

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| | | | |
|---|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| | |
|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** : **2728744** |
| 47780-500 | Date : 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | | **Invoice #** | : | **2728744** |
| 47780-500 | | Date | : | 12/19/23 |

**PAYMENT DUE** NET 30 **DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.**

**WILSON
SONSINI**

| | | | |
|---|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| | | | |
|---|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |



*Services performed by Dylan G. Savage*

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |



| DATE | PROFESSIONAL SERVICES | HOURS |
|------|----------------------|-------|

12/18/23 — Draft mediation questionnaire for Ninth Circuit and review rules and guidelines relating to same — 1.5

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON**
**SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| | | | |
|---|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

Contract Dispute with Guardian Protection Products        **Invoice #**    :   **2728744**
47780-500                                                  Date             :   12/19/23

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | Invoice # | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON**
**SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| | | |
|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** : | **2728744** |
| 47780-500 | Date : | 12/19/23 |

**WILSON**
**SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

Contract Dispute with Guardian Protection Products          **Invoice #** : **2728744**
47780-500                                                    Date      :   12/19/23

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| | | | |
|---|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON**
**SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| | | |
|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** | : **2728744** |
| 47780-500 | Date | : 12/19/23 |

**WILSON SONSINI**

Contract Dispute with Guardian Protection Products

47780-500

**Invoice #** : **2728744**

Date : 12/19/23

**WILSON**
**SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |



**WILSON SONSINI**

| | | | |
|---|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| | | | |
|---|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| | | | |
|---|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

Contract Dispute with Guardian Protection Products          **Invoice #**      :   **2728744**
47780-500                                                    Date               :   12/19/23

**WILSON
SONSINI**

Contract Dispute with Guardian Protection Products          **Invoice #**   :   **2728744**
47780-500                                                     Date          :   12/19/23

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| | | | |
|---|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.

**WILSON
SONSINI**

| | | | |
|---|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON**
**SONSINI**

Contract Dispute with Guardian Protection Products      **Invoice #**   :   **2728744**
47780-500      Date      :   12/19/23



**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |



*Services performed by Anthony M. Geritano*

**PAYMENT DUE** NET 30 **DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.**

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |



**WILSON
SONSINI**

Contract Dispute with Guardian Protection Products          **Invoice #** : **2728744**
47780-500                                                    Date    : 12/19/23



**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | Invoice # | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |



| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| 12/14/23 | Review and circulate recent appellate court filings and related deadlines | 0.5 |

**WILSON
SONSINI**

| | | | |
|---|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| | | | |
|---|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**



**WILSON
SONSINI**

| Contract Dispute with Guardian Protection Products | Invoice # | : | **2728744** |
|---|---|---|---|
| 47780-500 | Date | : | 12/19/23 |

**WILSON SONSINI**

| | | |
|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** : | **2728744** |
| 47780-500 | Date : | 12/19/23 |

**WILSON
SONSINI**

| | |
|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** : **2728744** |
| 47780-500 | Date : 12/19/23 |

**WILSON SONSINI**

| Contract Dispute with Guardian Protection Products | **Invoice #** | : | **2728744** |
| 47780-500 | Date | : | 12/19/23 |



**WILSON
SONSINI**

| | | |
|---|---|---|
| Contract Dispute with Guardian Protection Products | **Invoice #** : **2728744** |
| 47780-500 | Date : 12/19/23 |



# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: 94-2451946

Guardian Innovative Solutions
Attn:   Frank Gibson, Board Member
1330 Wall Ave
Pitcairn, PA 15140

| | | |
|---|---|---|
| **Invoice #** | : | **2758976** |
| ███████████ | | |
| Invoice Date | : | 02/29/24 |
| Client-Matter | : | 47780-500 |
| Attorney | : | Stuart A. Williams |

*Send via e-mail to:*   **accounting@guardianis.net**

Re: Contract Dispute with Guardian Protection Products



**REMITTANCE INFORMATION**



**PAYMENT DUE MARCH 30, 2024**

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| | ***Services performed by Dylan G. Savage*** | |
| 01/02/24 | Correspond with internal WSGR team and opposing counsel concerning appellate filing (0.5); draft and edit same (0.5); manage filing of same (0.5) | 1.5 |
| 01/03/24 | Edit mediation questionnaire for conditional cross-appeal and manage filing | 0.8 |
| 01/10/24 | Prepare for mediation conference | 1.0 |
| 01/11/24 | Prepare for and attend mediation conference before Ninth Circuit | 2.2 |



| | ***Services performed by Anthony M. Geritano*** | |
|---|---|---|
| 01/02/24 | Review, edit and file initial appellate action submissions | 0.5 |
| 01/03/24 | Review, edit and file appellate mediation questionnaire | 0.3 |
| 01/10/24 | Review appellate notice of appearance | 0.3 |
| 01/22/24 | Continue to review and circulate upcoming appellate case deadlines | 0.3 |

**PAYMENT DUE MARCH 30, 2024**



# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: 94-2451946

Guardian Innovative Solutions
Attn:   Frank Gibson, Board Member
1330 Wall Ave
Pitcairn, PA 15140

| | |
|---|---|
| **Invoice #** : | **2770892** |
| Invoice Date : | 03/29/24 |
| Client-Matter : | 47780-500 |
| Attorney : | Stuart A. Williams |

*Send via e-mail to:*   **accounting@guardianis.net**

Re: Contract Dispute with Guardian Protection Products



## REMITTANCE INFORMATION



**PAYMENT DUE APRIL 28, 2024**

| DATE | PROFESSIONAL SERVICES | HOURS |
|------|----------------------|-------|



***Services performed by Dylan G. Savage***

| 02/28/24 | Correspond with internal WSGR team concerning appeal calendar and briefing | 0.4 |

***Services performed by Anthony M. Geritano***

| 02/27/24 | Continue to review and circulate recent appellate court filings and upcoming case deadlines | 0.8 |
| 02/28/24 | Continue to review and circulate upcoming appellate case deadlines | 0.3 |
| | ***Subtotal for Anthony M. Geritano*** | **1.1** |

**PAYMENT DUE APRIL 28, 2024**

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: 94-2451946

Guardian Innovative Solutions
Attn:   Frank Gibson, Board Member
1330 Wall Ave
Pitcairn, PA 15140

| | | |
|---|---|---|
| **Invoice #** | : | **2780725** |
| ███████████████ | | |
| Invoice Date | : | 04/24/24 |
| Client-Matter | : | 47780-500 |
| Attorney | : | Stuart A. Williams |

*Send via e-mail to:*   **accounting@guardianis.net**

Re: Contract Dispute with Guardian Protection Products



### REMITTANCE INFORMATION

**PAYMENT DUE MAY 24, 2024**

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| ██████ | ████████████████████████████ | ██ |

### *Services performed by Dianne M. Kim*

| 03/01/24 | Research re appeal briefing schedule, appeal bond, and appeal docket | 0.5 |
| ██████ | ████████████ | ██ |

### *Services performed by Anthony M. Geritano*

| 03/01/24 | Continue to review and coordinate upcoming appellate case deadlines | 0.3 |
| 03/05/24 | Review and circulate upcoming appellate case deadlines | 0.8 |
| | **Subtotal for Anthony M. Geritano** | **1.1** |

| | **Total Hours** | 3.2 |



# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: 94-2451946

Guardian Innovative Solutions
Attn:   Frank Gibson, Board Member
1330 Wall Ave
Pitcairn, PA 15140

| Invoice # | : | **2793309** |
|---|---|---|
| ███████████ | | |
| Invoice Date | : | 05/21/24 |
| Client-Matter | : | 47780-500 |
| Attorney | : | Stuart A. Williams |

*Send via e-mail to:*   **accounting@guardianis.net**

Re: Contract Dispute with Guardian Protection Products



### REMITTANCE INFORMATION



**PAYMENT DUE JUNE 20, 2024**

| DATE | PROFESSIONAL SERVICES | HOURS |
|------|----------------------|-------|
| | *Services performed by Dylan G. Savage* | |
| 04/24/24 | Review appellate brief | **1.0** |
| | *Services performed by Anthony M. Geritano* | |
| 04/25/24 | Coordinate filing of streamlined extension of time to file appellate answering brief | 0.3 |

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: 94-2451946

Guardian Innovative Solutions
Attn:   Frank Gibson, Board Member
1330 Wall Ave
Pitcairn, PA 15140

| | | |
|---|---|---|
| **Invoice #** | : | **2803187** |
| Invoice Date | : | 06/13/24 |
| Client-Matter | : | 47780-500 |
| Attorney | : | Stuart A. Williams |

*Send via e-mail to:*   **accounting@guardianis.net**

Re: Contract Dispute with Guardian Protection Products



**REMITTANCE INFORMATION**



**PAYMENT DUE JULY 13, 2024**

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| | ***Services performed by Dylan J. Liddiard*** | |
| 05/31/24 | Review working drafts of appeal brief re attorneys' fees; emails re same | **1.2** |
| | ***Services performed by Dylan G. Savage*** | |
| 05/16/24 | Review appellate brief and draft response | 3.2 |
| 05/20/24 | Review appellate brief from Guardian and RPM and research and draft response | 3.8 |
| 05/21/24 | Research and draft appellate brief | 7.8 |
| 05/22/24 | Research, review, and draft appellate brief | 6.0 |
| 05/23/24 | Review, research, and revise appellate brief | 1.2 |
| 05/26/24 | Review and revise appellate brief | 2.7 |
| 05/28/24 | Draft, edit, research, and revise appellate brief; correspond with internal WSGR team concerning same | 6.5 |
| 05/29/24 | Review, revise, research, and draft appellate brief | 11.2 |
| 05/30/24 | Revise appellate brief (2.5); review electronic record and draft supplemental electronic record (1.7) | 4.2 |
| 05/31/24 | Draft and revise appellate brief and supplemental record (7.8); ███████ ███████ | █ |
| | ███████ | █ |
| | ***Services performed by Dianne M. Kim*** | |
| 05/31/24 | Legal research for appeal brief | **2.5** |
| | ***Services performed by Melisa Desperak*** | |
| ███ | ███████ | █ |
| 05/30/24 | Attend to Appellate Brief (list all documents cited; pull missing or incomplete documents; enter ER cites in brie | 7.2 |
| 05/31/24 | Attend to Appellate Brief (list all documents cited; pull missing or incomplete documents; enter ER cites in brief; review Index with comments and pull documents accordingly | 8.2 |
| | ███████ | █ |
| | ***Services performed by Anthony M. Geritano*** | |
| ███ | ███████ | █ |
| 05/21/24 | Review and circulate materials in preparation for upcoming appellate submission | 0.5 |
| 05/28/24 | Assist with coordinating logistics in connection with upcoming appellate submission | 1.0 |
| 05/29/24 | Continue to assist with coordinating logistics in connection with upcoming appellate submission | 0.8 |
| 05/30/24 | Continue to assist with coordinating logistics and reviewing materials in connection with upcoming appellate submission | 1.5 |
| 05/31/24 | Continue to assist with coordinating logistics and reviewing materials in connection with upcoming appellate submission | 2.8 |
| | ███████ | █ |
| | ***Services performed by Candida R. Malferrari*** | |
| 05/30/24 | Cite check appellate brief | 3.6 |
| 05/31/24 | Cite check appellate brief | 5.0 |
| | ***Subtotal for Candida R. Malferrari*** | **8.6** |

███████

███████

**PAYMENT DUE JULY 13, 2024**



# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: 94-2451946

Guardian Innovative Solutions
Attn:   Frank Gibson, Board Member
1330 Wall Ave
Pitcairn, PA 15140

| | | |
|---|---|---|
| **Invoice #** | : | **2815480** |
| ███████████ | | |
| Invoice Date | : | 07/12/24 |
| Client-Matter | : | 47780-500 |
| Attorney | : | Stuart A. Williams |

*Send via e-mail to:*   **accounting@guardianis.net**

Re: Contract Dispute with Guardian Protection Products



**REMITTANCE INFORMATION**



**PAYMENT DUE AUGUST 11, 2024**

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|

**Services performed by Steffen N. Johnson**

| 06/03/24 | Review and edit draft appellate brief, correspond with D. Savage and team re same | **2.2** |

**Services performed by Dylan J. Liddiard**

| 06/04/24 | Review revised working draft of brief re attorney fees; emails re same | 1.4 |
| 06/05/24 | Attention to final brief and emails re appeal | 0.8 |
| 06/06/24 | Attention to court of appeal filing | 0.4 |
| | *Subtotal for Dylan J. Liddiard* | **2.6** |

**Services performed by Dylan G. Savage**

| 06/03/24 | Review and revise appellate brief | 3.6 |
| 06/04/24 | Review, revise, and edit appellate brief and supplemental electronic record | 6.2 |
| 06/05/24 | Review, edit and finalize appellate brief; manage and oversee filing | 6.7 |
| 06/06/24 | Review revisions to appellate papers and supervise filing | 1.9 |
| 06/10/24 | Attend to filing issues in connection with appellate brief | 0.7 |

**Services performed by Dianne M. Kim**

| 06/01/24 | Legal research for appeal brief | 1.5 |
| 06/03/24 | Review and research for appeal brief | 2.0 |
| 06/05/24 | Review and finalize appeal brief | 1.0 |
| 06/06/24 | Revise and finalize appeal brief (1.5); draft and revise motion for judicial notice (1) | 2.5 |
| | *Subtotal for Dianne M. Kim* | **7.0** |

**Services performed by Anthony M. Geritano**

| 06/03/24 | Continue to assist with coordinating logistics and reviewing materials in connection with upcoming appellate submission | 2.3 |
| 06/04/24 | Continue to assist with coordinating logistics and reviewing materials in connection with upcoming appellate submission | 4.5 |
| 06/05/24 | Continue to review, edit and coordinate filing of appellate brief and supplemental excerpts of record | 4.5 |
| 06/06/24 | Assist with coordinating re-filing of brief and supplemental excerpts of record and application for judicial notice | 1.8 |
| 06/07/24 | Review and circulate recent appellate court submissions and related deadlines | 0.5 |
| 06/12/24 | Coordinate court required paper copy submission; review, edit and coordinate filing of motion to dismiss cross appeal | 0.5 |
| 06/21/24 | Continue to review, summarize and circulate recent appellate court submissions and related upcoming case deadlines | 0.5 |
| | *Subtotal for Anthony M. Geritano* | **14.6** |

**Services performed by Candida R. Malferrari**

| 06/03/24 | Cite check appellate brief | 5.6 |
| 06/04/24 | Cite check appellate brief | 6.3 |
| 06/05/24 | Cite check appellate brief | 3.7 |
| 06/06/24 | Review, edit and coordinate filing of revised appellate filings | 7.1 |
| | *Subtotal for Candida R. Malferrari* | **22.7** |



# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: 94-2451946

Guardian Innovative Solutions
Attn:   Frank Gibson, Board Member
1330 Wall Ave
Pitcairn, PA 15140

| | | |
|---|---|---|
| **Invoice #** | : | **2829977** |
| ███████ | | |
| Invoice Date | : | 08/15/24 |
| Client-Matter | : | 47780-500 |
| Attorney | : | Stuart A. Williams |

*Send via e-mail to:*   **accounting@guardianis.net**

Re: Contract Dispute with Guardian Protection Products



### REMITTANCE INFORMATION



**PAYMENT DUE SEPTEMBER 14, 2024**

| DATE | PROFESSIONAL SERVICES | HOURS |
|------|-----------------------|-------|
| ███ | ████████████ | ██ |
| | ███████████████████ | |
| ███ | █████████████ | ██ |
| | ██████████████ | |

*Services performed by Anthony M. Geritano*

| 07/05/24 | Review, summarize and circulate recent appellate court submissions and related deadlines | **0.3** |

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: 94-2451946

Guardian Innovative Solutions
Attn:   Frank Gibson, Board Member
1330 Wall Ave
Pitcairn, PA 15140

| | | |
|---|---|---|
| **Invoice #** | : | **2840583** |
| Invoice Date | : | 09/13/24 |
| Client-Matter | : | 47780-500 |
| Attorney | : | Stuart A. Williams |

*Send via e-mail to:*   **accounting@guardianis.net**

Re: Contract Dispute with Guardian Protection Products



### REMITTANCE INFORMATION



**PAYMENT DUE OCTOBER 13, 2024**

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|

*Services performed by Dylan G. Savage*

| 08/16/24 | Correspond with internal WSGR team concerning appeal and argument | **0.3** |

*Services performed by Anthony M. Geritano*

| 08/13/24 | Continue to review, summarize and circulate upcoming appellate case deadlines | 0.3 |
| 08/16/24 | Review, edit and file appellate oral argument unavailability notice | 0.3 |



# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: 94-2451946

Guardian Innovative Solutions
Attn:   Frank Gibson, Board Member
1330 Wall Ave
Pitcairn, PA 15140

| | | |
|---|---|---|
| **Invoice #** | : | **2867431** |
| Invoice Date | : | 11/15/24 |
| Client-Matter | : | 47780-500 |
| Attorney | : | Stuart A. Williams |

*Send via e-mail to:*   **accounting@guardianis.net**

Re: Contract Dispute with Guardian Protection Products



## REMITTANCE INFORMATION



**PAYMENT DUE DECEMBER 15, 2024**

| **DATE** | **PROFESSIONAL SERVICES** | **HOURS** |
|---|---|---|
| | *Services performed by Anthony M. Geritano* | |



| 09/23/24 | Continue to review and circulate upcoming appellate case deadlines | 0.3 |

# WILSON
# SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: 94-2451946

Guardian Innovative Solutions
Attn:   Frank Gibson, Board Member
1330 Wall Ave
Pitcairn, PA 15140

| Invoice # | : | **2898864** |
| --- | --- | --- |
| Invoice Date | : | 01/28/25 |
| Client-Matter | : | 47780-500 |
| Attorney | : | Stuart A. Williams |

*Send via e-mail to:*   **accounting@guardianis.net**

Re: Contract Dispute with Guardian Protection Products



### REMITTANCE INFORMATION



**PAYMENT DUE FEBRUARY 27, 2025**

| DATE | PROFESSIONAL SERVICES | HOURS |
|------|----------------------|-------|
| | ***Services performed by Steffen N. Johnson*** | |
| 11/08/24 | Correspond with S. Williams re Ninth Circuit fees appeal | 0.1 |
| 11/10/24 | Correspondence re Ninth Circuit fees appeal, likelihood of argument | 0.1 |
| 11/11/24 | Correspondence with S. Williams et al. re fee appeal and call to discuss same | 0.2 |
| 11/22/24 | Prepare for and participate in moot court for D. Savage; confer with S. Williams and P. Watford re same | 2.8 |
| 11/26/24 | Prepare for and participate in moot court for D. Savage; confer with P. Watford and S. Williams re strategy for same | 1.0 |
| 12/03/24 | Listen to oral argument; correspond and confer with S. Williams re same | 1.0 |
| ██████ | ████████████████████████████████████████████ | ██ |
| ██████ | ████████████████████████████████████████████████████ | ██ |
| | ████████████████████████ | ██ |
| | | |
| | ***Services performed by Dylan G. Savage*** | |
| 11/12/24 | Review Ninth Circuit briefing and prepare for oral argument on attorneys' fees appeal | 1.7 |
| 11/14/24 | Prepare for and attend call with internal WSGR team regarding Ninth Circuit argument preparation | 0.6 |
| 11/19/24 | Prepare for Ninth Circuit argument | 4.0 |
| 11/20/24 | Prepare for Ninth Circuit argument | 8.7 |
| 11/21/24 | Prepare for Ninth Circuit argument | 4.0 |
| 11/22/24 | Prepare for and attend moot of Ninth Circuit argument | 2.8 |
| 11/24/24 | Prepare for Ninth Circuit argument | 3.4 |
| 11/25/24 | Prepare for Ninth Circuit argument | 4.3 |
| 11/26/24 | Prepare for Ninth Circuit argument and attend moot | 8.3 |
| 11/27/24 | Prepare for Ninth Circuit argument | 2.6 |
| 11/29/24 | Prepare for Ninth Circuit argument | 7.5 |
| 11/30/24 | Prepare for Ninth Circuit argument | 10.5 |
| 12/01/24 | Prepare for Ninth Circuit argument | 2.0 |
| 12/02/24 | Prepare for Ninth Circuit argument | 4.8 |
| 12/03/24 | Prepare for and attend Ninth Circuit argument and travel from San Francisco to NYC | 10.0 |
| ██████ | █████████████████████████████████████████████ | ██ |
| | ████████████████████ | |
| ████ | ███████████████████████ | ██ |
| | ███████████████ | |
| ████ | ████████████████████████████████████████ | ██ |
| ████ | ██████████████████████████████████████████ | ██ |
| | ████████████████████████████████████████████ | |
| ████ | ████████████████████████████████████████ | ██ |
| | ████████████████████████████████ | |
| ████ | ████████████████████████████████████████████ | ██ |
| ████ | ████████████████████████████████████████████ | ██ |
| | ████████████████████████ | ██ |

| DATE | PROFESSIONAL SERVICES | HOURS |
|------|----------------------|-------|



***Services performed by Jocelyn Rodriguez***

| 11/19/24 | Review, save and download appeal briefs, cases cited and excerpts of records | **2.5** |